UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| MAURICE CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:06CV181 TCM |
| | ) | |
| BRYAN HOSKINS, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's motion for reconsideration of the Court's March 5, 2007 Order of Dismissal. Plaintiff seeks the opportunity to file an amended complaint with the Court such that he could "make a submissible case against all the cited defendants for their roll that they played in placing plaintiff in [administrative segregation]." As the Court stated in its March 5, 2007 Order, plaintiff's allegations in his complaint regarding his placement in administrative segregation simply did not rise to the level of a constitutional violation. In his motion for reconsideration, plaintiff has not provided any legal grounds for reviewing the Court's decision or for amending his complaint such that the amendment would not be futile.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration [Doc. #10] is **DENIED**.

Dated this 6th day of December, 2007.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE